No. 194. J. L. HUDSON *v.* O. L. HOPKINS, as COUNTY TREASURER, ETC.; and

No. 195. WILLIAM E. MCGUIRE, as ADMINISTRATOR, ETC. *v.* E. J. MCCURDY, as COUNTY TREASURER, ETC. Error to the Supreme Court of the State of Oklahoma. Submitted April 12, 1921. Decided April 18, 1921. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Elmer*

*E. Grinstead* for plaintiffs in error. *Mr. S. P. Freeling* for defendants in error.